MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-MC-00093 MCE EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $19,900.00  IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Christopher Anthony Clark ("Clark"), by and through their respective counsel, as follows:

1.      On or about February 20, 2020, claimant Clark filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately $19,900.00 in U.S. Currency (hereafter "defendant currency"), which was seized on November 21, 2019.

2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was May 20, 2019.

4.      By Stipulation and Order filed April 16, 2020, the parties stipulated to extend to August 18, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed August 18, 2020, the parties stipulated to extend to November 16, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to January 15, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to January 15, 2021.

///
///
///
///
///
///
///
///
///
///

1    Dated:    11/13/2020                          MCGREGOR W. SCOTT
                                                   United States Attorney
2

3                                                   /s/ Kevin C. Khasigian
                                                   KEVIN C. KHASIGIAN
4                                                  Assistant U.S. Attorney

5

6    Dated:    11/13/2020                          /s/ Robert J. Beles
                                                   ROBERT J. BELES
7                                                  Beles & Beles Law Office
                                                   Attorney for Christopher Anthony
8                                                  Clark
                                                   (As authorized via email)
9

10          IT IS SO ORDERED.

11   Dated:  November 13, 2020

12

13                                                 _____
                                                   MORRISON C. ENGLAND, JR.
14                                                 SENIOR UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Extend Time to File Complaint