1  MCGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:20-MC-00093-MCE-EFB

12           Plaintiff,

13           v.                           STIPULATION AND ORDER EXTENDING TIME
                                          FOR FILING A COMPLAINT FOR FORFEITURE
14  APPROXIMATELY $19,900.00  IN U.S.     AND/OR TO OBTAIN AN INDICTMENT
    CURRENCY,                             ALLEGING FORFEITURE
15
             Defendant.
16

17        It is hereby stipulated by and between the United States of America and potential claimant

18  Christopher Anthony Clark ("Clark"), by and through their respective counsel, as follows:

19        1.      On or about February 20, 2020, claimant Clark filed a claim in the administrative

20  forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately

21  $19,900.00 in U.S. Currency (hereafter "defendant currency"), which was seized on November 21, 2019.

22        2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit

23  required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person

24  to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than

25  the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture

26  proceeding.

27        3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

28  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

                                          1
                                          Stipulation to Extend Time to File Complaint

1
2
3

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was May 20, 2019.

4
5
6
7

4. By Stipulation and Order filed April 16, 2020, the parties stipulated to extend to August 18, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8
9
10
11

5. By Stipulation and Order filed August 18, 2020, the parties stipulated to extend to November 16, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12
13
14
15

6. By Stipulation and Order filed November 16, 2020, the parties stipulated to extend to January 15, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

16
17
18
19

7. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to February 16, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

20
21
22

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to February 16, 2021.

23   Dated:     1/13/2021                              MCGREGOR W. SCOTT
24                                                     United States Attorney

25                                                      /s/ Kevin C. Khasigian
26                                                     KEVIN C. KHASIGIAN
                                                       Assistant United States Attorney

27   ///

28   ///

2

1    Dated:      1/13/2021                          /s/ Robert J. Beles
                                                    ROBERT J. BELES
2                                                   Beles & Beles Law Office
                                                    Attorney for Christopher Anthony
3                                                   Clark
                                                    (As authorized via email)
4

5            IT IS SO ORDERED.

6

7    Dated:  February 1, 2021

8

9    _____
     MORRISON C. ENGLAND, JR.
10   SENIOR UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3
                                                    Stipulation to Extend Time to File Complaint